ACCEPTED
12-14-00181-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/13/2015 4:45:48 PM
CATHY LUSK
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/13/2015 4:45:48 PM

CATHY S. LUSK
Clerk

August 13, 2015

Twelfth Court of Appeals
Attn: Cathy Lusk, Clerk
1517 West Front Street
Suite 354
Tyler, Texas 75702

RE:     *Angela Hardin v. State of Texas*
        Appeal Numbers: 12-14-00180-CR and 12-14-00181-CR
        Trial Court Numbers: 114-1270-12 and 114-1271-12

Dear Ms. Lusk:

In accordance with Rule 48.4, I certify that, I sent a copy of this Court's Opinion to Angela Hardin at her last known address. The attached copy of the green certified return receipt card is enclosed. This opinion was sent using certified mail.

If you have any questions, please feel free to contact me at any time.

Sincerely,

James W. Huggler, Jr.

JWH:ag

Enclosure:   Return Receipt Card

CC:          Michael West
             Smith County District Attorney's Office

             Client

First Place Building  •  100 East Ferguson, Suite 805  •  Tyler, Texas 75702
903-593-2400  •  www.jameshugglerlaw.com  •  Fax 903-593-3830

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7013 2630 0000 4405 3392

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Angela Hardin, TDCJ# 019 39 128
Street, Apt. No.; or PO Box No. Marlin Unit, 2893 St Hwy 6
City, State, ZIP+4 Marlin, Texas 76661-6588

PS Form 3800, August 2006 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANGELA HARDIN
TDCJ # 01939128
MARLIN UNIT
2893 S. HWY 6
MARLIN, TX 76661-6588

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kerrie Wallace_  ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
Kerrie Wallace | 8/10/15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7013 2630 0000 4405 3392

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540